**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 442 MAL 2023

           Respondent                :

                                            :    Petition for Allowance of Appeal
                                            :    from the Order of the Superior Court

             v.                         :
                                                :

VICTOR SIMMONS,                      :

           Petitioner               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of February, 2024, Petition for Allowance of Appeal and the Applications for Relief are **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.